THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
     United States Courthouse
     312 N. Spring Street, Suite 1400
     Los Angeles, California 90012
     Telephone: (213)894-5710
     Facsimile: (213)894-7177
     E-Mail: frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  SACV 08-145-AG(MLGx) |
| Plaintiff, | ) | |
| v. | ) | **CONSENT JUDGMENT OF FORFEITURE** |
| $104,200.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

     This action was filed on February 7, 2008.  Notice was given and published in accordance with law.  No statements of interest or answers have been filed.  The time for potential claimant Alejandro Dain Espindola ("Espindola") expires on May 2, 2008 for a claim and May 22, 2008 for an answer.  With respect to all other potential claimants, the time for filing such statements and answers expired on March 17, 2008 for claims and April 4,

1  2008 for answers.  Plaintiff and Espindola (from whom the
2  defendant currency in the amount of $104,200.00 was seized) have
3  reached an agreement that is dispositive of the action.  The
4  parties hereby request that the Court enter this Consent Judgment
5  of Forfeiture.

6  **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

7  1.  This court has jurisdiction over the parties and the
8      subject matter of this action.
9  2.  Notice of this action has been given in accordance with
10     law.  All potential claimants to the defendant currency
11     other than claimant are deemed to have admitted the
12     allegations of the Complaint.  The allegations set out
13     in the Complaint are sufficient to establish a basis
14     for forfeiture.
15 3.  The United States of America shall have judgment as to
16     $104,200.00 of the defendant currency, plus all
17     interest earned by the government on the full amount of
18     the defendant currency, and no other person or entity
19     shall have any right, title or interest therein.  The
20     United States Marshals Service is ordered to dispose of
21     said assets in accordance with law.
22 //
23 //
24 //
25 //
26 //
27 //
28

1     4.     Claimant hereby releases the United States of America,
2            its agencies, agents, and officers, including employees
3            and agents of the Federal Bureau of Investigaton, from
4            any and all claims, actions or liabilities arising out
5            of or related to this action, including, without
6            limitation, any claim for attorney's fees, costs or
7            interest which may be asserted on behalf of the
8            claimant.
9     5.     Plaintiff, United States of America, agrees that it
10           will not seek to recover civil sanctions (except to the
11           extent that the forfeiture of the defendant currency
12           can be considered a civil sanction), attorney's fees or
13           costs in connection with this action or the underlying
14           seizure.
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: May 21, 2008

_____
THE HONORABLE ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: May __, 2008        THOMAS P. O'BRIEN
                           United States Attorney
                           CHRISTINE C. EWELL
                           Assistant United States Attorney
                           Chief, Criminal Division
                           STEVEN R. WELK
                           Assistant United States Attorney
                           Chief, Asset Forfeiture Section

                           _____
                           FRANK D. KORTUM
                           Assistant United States Attorney
                           Asset Forfeiture Section

                           Attorneys for Plaintiff
                           United States of America

Dated: May __, 2008

                           _____
                           STEPHAN A. DESALES
                           Attorney for Claimant
                           ALEJANDRO DAIN ESPINDOLA

Dated: May __, 2008

                           _____
                           ALEJANDRO DAIN ESPINDOLA
                           Claimant